DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARIEL MURABITO,**
Appellant,

v.

**ORNELLA TOMASIN,**
Appellee.

No. 4D2025-2676

[June 18, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jessica Marra, Judge; L.T. Case No. 062025DR002320AXDVCE.

Ariel Murabito, Miami Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***